```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  WESTERN DIVISION
```

RICKY ALEXANDER                                          Plaintiff

v.                          4:07CV00107 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 31st day of January, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE